AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ervin M. Lopez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:15-cv-4210-BHH |
| Larry Cartledge, Warden, Florence Mauney, A/W Security, Stephen Claytor, Curtis Earley and Charles Williams, Captain | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b)

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 6, 2017                              *CLERK OF COURT*

                                                     s/Debbie Stokes
                                        _____
                                        *Signature of Clerk or Deputy Clerk*